UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHELBY WINNING, | : | |
| | : | Case No. 5:07CV3688 |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | **ORDER** |
| | : | |
| Defendant. | : | |

Before the Court is Defendant Michael J. Astrue, Commissioner of Social Security's (the "Commissioner"), *Motion to Remand* (Doc. 9). Magistrate Judge David S. Perelman has filed a Report and Recommendation ("R&R") recommending that the Court grant the Commissioner's *Motion to Remand* for good cause shown. Though the time to object to the R&R has not yet passed, plaintiff's counsel has informed the Court that plaintiff does not object to a remand. The Court, moreover, agrees with the Magistrate Judge's finding that the Commissioner has shown good cause to remand. Accordingly, Magistrate Judge Perelman's R&R is **ADOPTED**, the "Commissioner's *Motion to Remand* (Doc. 9) is **GRANTED**, and the matter is **REMANDED** for further administrative action pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

                                                                                                   s/Kathleen M. O'Malley
                                                                                                  **KATHLEEN McDONALD O'MALLEY**
                                                                                                  **UNITED STATES DISTRICT JUDGE**

**Dated: February 14, 2008**